**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6797**

———————

JOSEPH LEE JOYNER,

Petitioner - Appellant,

versus

J. MICHAEL STOUFFER, Warden; ATTORNEY GENERAL
OF THE STATE OF MARYLAND,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-00-
1119-AMD)

———————

Submitted:  September 25, 2001        Decided:  January 14, 2002

———————

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph Lee Joyner, Appellant Pro Se.  Celia Anderson Davis, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Lee Joyner seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Joyner v. Stouffer, No. CA-00-1119-AMD (D. Md. Apr. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2